

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2018

No. 04-18-00153-CV

**IN RE A.L.H. AND G.F.H.**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01945
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's final judgment terminating appellant's parental rights. Appellant-father's court-appointed appellate counsel has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), asserting there is no meritorious issue to raise on appeal. *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944 (Tex. App.—San Antonio, May 21, 2003, order) (holding that *Anders* procedures apply to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio, Sept. 10, 2003, no pet.) (mem. op.). Counsel states appellant-father has been provided copies of the brief and motion to withdraw to appellant-father and informed him of his right to review the record and to file a pro se brief. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio, July 23, 1997, no pet.). Additionally, counsel states appellant-father has been provided with a form motion to use to request access to the record.

If appellant-father desires to file a pro se brief, we order the brief due **JULY 30, 2018**. The State has filed a notice waiving its right to file a brief in this case unless appellant files a pro se brief. If appellant files a timely pro se brief, the State may file a responsive brief no later than twenty days after appellant's pro se brief is filed in this court. We further **order** the motion to withdraw filed by appellant-father's counsel is held in abeyance pending further order of the court.

We further **order** the clerk of this court to serve a copy of this order on appellant-father and all counsel.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court